**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7370**

———————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

     v.

LANCE MURCHISON, a/k/a B,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:13-cr-00224-RBH-1)

———————

Submitted:  January 21, 2016        Decided:  February 2, 2016

———————

Before GREGORY and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lance  Murchison,  Appellant  Pro  Se.  Arthur  Bradley  Parham,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Murchison appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Murchison, No. 4:13-cr-00224-RBH-1 (D.S.C. Aug. 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED